

geplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey

February 28, 2020

<u>BY ECF</u>
Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Vasicka, et al. v. Kerwin, et al.*, 18 CV 6858 (RPK) (SJB)

Your Honor:

I represent plaintiffs in the above referenced matter. I write jointly with defendant Kerwin pursuant to the Court's order dated December 19, 2019 to respectfully provide a status report.[1]

Initially, earlier this week the Court of Claims denied, in part, the State's motion to dismiss in that forum. The opinion is annexed hereto as Exhibit 1 for the Court's review. The parties are now prepared to proceed with coordinated discovery in both actions.

The parties have conferred and respectfully request that a settlement conference be convened after depositions, i.e. in early July 2020.

Lastly, the parties respectfully propose the following revised discovery schedule for the Court's review and endorsement:

Fact discovery to be completed by:            June 29, 2020

---

[1] The undersigned prepared and circulated a draft of the instant status report by email to all counsel this morning. As of this writing, counsel for defendant Lavalley has not responded.

Hon. Sanket J. Bulsara
Feb. 28, 2020

| | |
|---|---|
| Exchange of expert reports by: | July 29, 2020 |
| Expert depositions and all discovery completed by: | August 28, 2020 |
| Deadline to initiate dispositive motions: | September 28, 2020 |

Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      Gabriel P. Harvis

Encl.

cc:    All Counsel