# THE TUTTLE LAW FIRM

James B. Tuttle, Esq.
jbtesq@nycap.rr.com
www.tuttlelawoffice.com

1520 Crescent Road
Suite 300
Clifton Park, New York 12065

Service by fax is not authorized
Phone: (518) 783-1001
Fax: (518) 783-1515

March 2, 2020

**Via ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 East Cadman Plaza East
Brooklyn, NY 11201

      RE:    *Vasicka, et al. v. Kerwin, et al.*, 18-cv-6858 (RPK) (SJB)

Dear Magistrate Bulsara:

    I received your scheduling order in the above referenced matter this morning via email. Among the dates included in your scheduling order is an in-person settlement conference to be held on July 7, 2020. I am on a long-scheduled family vacation from June 29 through July 10, 2020 out of state for which non-refundable deposits have already been paid. I respectfully request that the scheduling conference be moved to a later date. I am fully available any time during the week of July 13, July 20 or July 27. Your kind consideration of this request will be greatly appreciated.

                       Respectfully submitted,

                       THE TUTTLE LAW FIRM

                       James B. Tuttle
                       jbtesq@nycap.rr.com

JBT:bap