# GLEASON, DUNN, WALSH & O'SHEA

FRANK C. O'CONNOR III
BRENDAN C. O'SHEA
MARK T. WALSH
RONALD G. DUNN
THOMAS F. GLEASON
MICHAEL P. RAVALLI*
LISA F. JOSLIN†
RICHARD C. REILLY
TAMMY L. CUMO^
JOHN P. CALARESO, JR.

**ATTORNEYS**
**40 BEAVER STREET**
**ALBANY, NEW YORK 12207**
**(518) 432-7511**
**FAX (518) 432-5221**
**www.gdwo.com**

NANCY S. WILLIAMSON~
DANIELLE L. PENNETTA†◊
CHRISTOPHER M. SILVA*
EMILY E. KEABLE
SARAH D. BAUM

———————

HAROLD E. KOREMAN
(1916 – 2001)

* ALSO ADMITTED IN CONNECTICUT
† ALSO ADMITTED IN VERMONT
^ ALSO ADMITTED IN MASSACHUSETTS
◊ ALSO ADMITTED IN NEW JERSEY
~ ONLY ADMITTED IN MARYLAND AND DISTRICT OF COLUMBIA

March 2, 2020

**VIA ECF**
Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    **Vasicka, et al. v. Kerwin, et al.**
             1:18-CV-06858 (RPK/SJB)
             Our File No. 19-308

Dear Magistrate Judge Bulsara:

This firm represents the defendant Lynn Kerwin in the above matter.

We write in response to Mr. Tuttle's correspondence of today requesting that the in-person settlement conference scheduled for July 7, 2020 be rescheduled.

Due to prior commitments the week of July 13, 2020, I would respectfully request that the conference be rescheduled for either the week of July 20 or July 27, 2020.

We thank you for your consideration.

Respectfully yours,

GLEASON, DUNN, WALSH & O'SHEA

Lisa F. Joslin

LFJ/ks

cc:    Gabriel Harvis, Esq.
       James Tuttle, Esq.
       **Via ECF**