# GLEASON, DUNN, WALSH & O'SHEA

FRANK C. O'CONNOR III
BRENDAN C. O'SHEA
MARK T. WALSH
RONALD G. DUNN
THOMAS F. GLEASON
MICHAEL P. RAVALLI*
LISA F. JOSLIN†
RICHARD C. REILLY
TAMMY L. CUMO^
JOHN P. CALARESO, JR.
MICHAEL L. KINUM*

ATTORNEYS
40 BEAVER STREET
ALBANY, NEW YORK 12207
(518) 432-7511
FAX (518) 432-5221
www.gdwo.com

NANCY S. WILLIAMSON~
DANIELLE L. PENNETTA†◊
CHRISTOPHER M. SILVA*
EMILY E. KEABLE

OF COUNSEL
STACEY M. BARRICK

HAROLD E. KOREMAN
(1916 – 2001)

* ALSO ADMITTED IN CONNECTICUT
† ALSO ADMITTED IN VERMONT
^ ALSO ADMITTED IN MASSACHUSETTS
◊ ALSO ADMITTED IN NEW JERSEY
~ALSO ADMITTED IN MARYLAND AND DISTRICT OF COLUMBIA

May 19, 2021

**VIA ECF**
Hon. Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   RE: Vasicka, et al. v. Kerwin, et al.
      1:18-CV-06858 (RPK/SJB)

Dear Judge Kovner:

  This firm represents the defendant Lynn Kerwin in the above matter.

  We have received this Court's Text Order of yesterday setting a June 18, 2021 deadline for defendants to bring a motion for summary judgment.

  Unfortunately, I am currently preparing for a jury trial which is scheduled to begin in New York State Supreme Court, Warren County, on June 14, 2021; and which will require the dedication of much of my time over the next several weeks. I am therefore respectfully requesting a one-month extension of the motion filing deadlines as follows:

- Defendants to serve their motions for summary judgment on or before July 19, 2021;
- Plaintiff to serve her response(s) on or before August 20, 2021; and
- Replies, if any, to be served on or before September 9, 2021.

  I have discussed the circumstances precipitating this request with counsel for plaintiffs, Gabriel Harvis, Esq., and counsel for defendant LaValley, Jim Tuttle, Esq., and they have consented to this request.

  We thank you for your consideration.

            Respectfully yours,

           GLEASON, DUNN, WALSH & O'SHEA

              Lisa F. Joslin

LFJ/ks
cc: Gabriel Harvis, Esq.
   James Tuttle, Esq.
   **Via ECF**