

| | _____ | |
|---|---|---|
| James B. Tuttle, Esq. | 1520 Crescent Road | Service by fax is **not** authorized |
| jbtesq@nycap.rr.com | Suite 300 | Phone:  (518) 783-1001 |
| www.tuttlelawoffice.com | Clifton Park, New York 12065 | Fax:  (518) 783-1515 |

July 19, 2021

**Via Email & First Class Mail**
Gabriel P. Harvis, Esq. – gharvis@elefterakislaw.com
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, NY 10005

      RE:    Vasicka v. Kerwin, et al.
                Civil Action No.:  18-cv-6858

Dear Mr. Harvis:

      Enclosed please find Defendant Justin LaValley's Motion for Summary Judgment.  The motion is comprised of the following papers:

1. Notice of Motion;
2. Affidavit of Justin LaValley with Exhibits A through F annexed thereto;
3. Defendant LaValley's Rule 56.1 Statement of Material Facts in Support of Summary Judgment;
4. Memorandum of Law in Support of the Motion.

                          Very truly yours,

                          THE TUTTLE LAW FIRM

                          James B. Tuttle
                          *jbtesq@nycap.rr.com*

JBT:bap
Enclosure

    cc:    **Via Email & First Class Mail**
           Lisa F. Joslin, Esq.
           Gleason, Dunn, Walsh & O'Shea
           40 Beaver Street
           Albany, NY 12207