# GLEASON, DUNN, WALSH & O'SHEA

FRANK C. O'CONNOR III
BRENDAN C. O'SHEA
MARK T. WALSH
RONALD G. DUNN
THOMAS F. GLEASON
MICHAEL P. RAVALLI*
LISA F. JOSLIN†
RICHARD C. REILLY
TAMMY L. CUMO^
JOHN P. CALARESO, JR.
MICHAEL L. KINUM*

ATTORNEYS
40 BEAVER STREET
ALBANY, NEW YORK 12207
(518) 432-7511
FAX (518) 432-5221
www.gdwo.com

NANCY S. WILLIAMSON~
DANIELLE L. PENNETTA†◊
CHRISTOPHER M. SILVA*

OF-COUNSEL
STACEY M. BARRICK

HAROLD E. KOREMAN
(1916 – 2001)

\* ALSO ADMITTED IN CONNECTICUT
† ALSO ADMITTED IN VERMONT
^ ALSO ADMITTED IN MASSACHUSETTS
◊ ALSO ADMITTED IN NEW JERSEY
~ ALSO ADMITTED IN MARYLAND AND DISTRICT OF COLUMBIA

July 19, 2021

**VIA EMAIL**

Gabriel P. Harvis, Esq.
**Elefterakis, Elefterakis & Panek**
80 Pine Street, 38th Floor
New York, NY 10005

James B. Tuttle, Esq.
**The Tuttle Law Firm**
1520 Crescent Road, Suite 300
Clifton Park, NY 12065

RE:   **Veronica Vasicka, et ano v. Police Officer Lynn Kerwin, et al.**
      18-CV-6858 (RPK/SJB)

Counselors:

We are attaching for service the following on behalf of defendant Police Officer Lynn Kerwin:

1. Notice of Motion for Summary Judgment;
2. Affidavit of Lynn Kerwin sworn to July 13, 2021;
3. Affidavit of Lisa Joslin, Esq. sworn to July 19, 2021 with Exhibits A-O;
4. Statement of Material Facts; and
5. Memorandum of Law in Support of Motion.

Very truly yours,

GLEASON, DUNN, WALSH & O'SHEA

Lisa F. Joslin, Esq.

LFJ/ks
Enclosures

cc:   Hon. Rachel P. Kovner
      *(Via ECF – Letter Only)*